RECEIVED

OCT 0 3 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
MONROE LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| TYRONE INGRAM | CIVIL ACTION NO. 05-0950-M |
| VS. | SECTION P |
| BUGLER TOBACCO CO., ET AL. | JUDGE JAMES |
| | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation filed in the record;

**IT IS ORDERED** that plaintiff's civil rights action is **DISMISSED WITHOUT PREJUDICE**, for failing to exhaust available administrative remedies prior to the filing of suit as mandated by 42 U.S.C. §1997e.

**THUS DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this the 3 day of October, 2005.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE